UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRASCO WELLNESS, LLC,

    Plaintiff,

v.

TAMPA BAY SPINE & SPORTS
MEDICINE, LLC, TAMPA BAY
SPINE AND SPORT, LLC and ERIC J.
NYE,

    Defendants.

_____/

Case No: 8:23-cv-2536-WFJ-LSG

## ORDER

Before the Court is Defendants' motion for reconsideration of the orders denying Defendants' motions to add a counterclaim or recognize a prior one and to permit expert and financial discovery (Dkt. 70), which the United States Magistrate Judge recommends be denied.  Dkt. 73.  Defendants filed objections.  Dkt. 88.

When a party makes timely and specific objections to the report and recommendation of the magistrate judge, the district judge shall conduct a *de novo* review of the portions of the record to which objection is made.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Jeffrey S. State Bd. of Educ. of State of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990).  After such independent review, the Court may accept, reject, or modify the magistrate judge's report and recommendation.  28

1

U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Macort v. Prem., Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006) (citing published opinion).

The Magistrate Judge, in a thorough and well-reasoned analysis, found that under the proper legal standard for reconsideration, Defendants raised no new argument as to the allowance of further expert disclosures and financial discovery, as well as failed to cite persuasive authority in the Eleventh Circuit.  Dkt. 73.  Defendants object and request this Court follow a 2021 ruling of the Tenth Circuit Court of Appeals.  Dkt. 88.  This Court is bound by Eleventh Circuit precedent, which is set forth in detail in the Magistrate Judge's report.  Having conducted a *de novo* and independent review of the file, and for the sound reasons explained in the Report and Recommendation, the Court rules as follows:

1. Defendants' objections (Dkt. 88) are overruled.

2. The Report and Recommendation (Dkt. 73) is adopted, confirmed, and approved in all respects and made a part of this order.

3. Defendants' Motion for Reconsideration, to Clarify Status of Pleadings, and Permit Additional Discovery (Dkt. 70) is denied.

**DONE AND ORDERED** at Tampa, Florida, on June 20, 2025.

                                          s/*William F. Jung*
                                          **WILLIAM F. JUNG**
                                          **UNITED STATES DISTRICT JUDGE**

**Copies to**: Counsel of record